IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>MOTOROLA MOBILITY LLC and<br><br>MOTOROLA MOBILITY HOLDINGS LLC,<br><br>      Defendants. | C.A. No. 17-01081-RGA<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER FOR EXTENSION OF TIME
### TO SUBMIT PROPOSED PROTECTIVE ORDER

**WHEREAS** Plaintiff Immersion Corporation and Defendants Motorola Mobility LLC and Motorola Mobility Holdings LLC (hereafter referred to as "the Parties") require additional time to meet and confer regarding the terms of a proposed Protective Order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for the parties to submit a proposed protective order be extended to and including January 23, 2018.

Dated:  January 12, 2018

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | DLA PIPER LLP |
| | |
| */s/  Samantha G. Wilson* | */s/ Denise S. Kraft* |
| Elena C. Norman (No. 4780) | Denise S. Kraft (No. 2778) |
| Anne Shea Gaza (No. 4093) | Brian A. Biggs (No. 5591) |
| Samantha G. Wilson (No. 5816) | 1201 North Market Street, Suite 2100 |
| Rodney Square | Wilmington, DE 19801-1147 |
| 1000 North King Street | (302) 468-5700 |
| Wilmington, DE 19801 | denise.kraft@dlapiper.com |
| (302) 571-6600 | brian.biggs@dlapiper.com |
| enorman@ycst.com | |
| agaza@ycst.com | Sean C. Cunningham |
| swilson@ycst.com | Erin P. Gibson |
| | 401 B Street, Suite 1700 |
| OF COUNSEL: | San Diego, CA 92101-4297 |
| | (619) 699-2700 |
| Bryan Wilson | sean.cunningham@dlapiper.com |
| Marc David Peters | erin.gibson@dlapiper.com |
| MORRISON & FOERSTER LLP | |
| 755 Page Mill Road | Brian K. Erickson |
| Palo Alto, CA 94304-1018 | Jeff R. Cole |
| 650.813.5603 | 401 Congress Avenue, Suite 2500 |
| bwilson@mofo.com | Austin, Texas 78701-3799 |
| mdpeters@mofo.com | (512) 457-7000 |
| | brian.erickson@dlapiper.com |
| Richard S. J. Hung | jeff.cole@dlapiper.com |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | Amy H. Walters |
| San Francisco, CA 94105-2482 | 2000 University Avenue |
| 415.268.7602 | East Palo Alto, CA 94303-2214 |
| rhung@mofo.com | (650) 833-2000 |
| | amy.walters@dlapiper.com |
| *Attorneys for Plaintiff* | |
| *Immersion Corporation* | Andrew N. Stein |
| | 500 Eighth Street, NW |
| | Washington, DC 20004 |
| | (202) 799-4000 |
| | andrew.stein@dlapiper.com |
| | |
| | *Attorneys for Defendants Motorola Mobility LLC and Motorola Mobility Holdings, Inc.* |

SO ORDERED this \_\_\_\_ day of January, 2018.

_____
The Honorable Richard G. Andrews